ACCEPTED
15-25-00037-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/3/2025 4:30 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00037-CV

# In the Court of Appeals for the Fifteenth Judicial District Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/3/2025 4:30:50 PM
CHRISTOPHER A. PRINE
Clerk

TEXAS ALCOHOLIC BEVERAGE COMMISSION,

*Appellant*,

*v.*

EARL PEARSON,

*Appellees.*

On Appeal from the
261st Judicial District Court, Travis County

## APPELLANT'S NOTICE OF CHANGE OF ATTORNEY-IN-CHARGE

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6.1(c), Appellant, Texas Alcoholic Beverage Commission, gives notice that Assistant Attorney General C. Lee Winkelman of the Texas Office of the Attorney General will serve as lead counsel for Appellant in this appeal. Former Assistant Attorney General, Kelsey L. Warren, has left the Texas Office of the Attorney General and thus is no longer associated with this case.

Please send communications regarding this appeal for Appellant to:

C. Lee Winkelman
Assistant Attorney General
State Bar No. 24042176
General Litigation Division
P.O. Box 12548/Mail Stop 019-1
Austin, Texas 78711-2548
Telephone: (737) 231-7737

Date:  July 3, 2025

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Civil Litigation

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

 */s/  C. Lee Winkelman*
C. LEE WINKELMAN
Assistant Attorney General
State Bar No. 24042176
General Litigation Division
P.O. Box 12548/Mail Stop 019-1
Austin, Texas 78711-2548
Phone: (737) 231-7737/Fax: (512) 302-0667
Lee.Winkelman@oag.texas.gov
**COUNSEL FOR APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on Appellee on July 3, 2025, in accordance with Tex. R. App. P. 9.5(b)(1), electronically through the electronic case filing system.

*/s/  C. Lee Winkelman*
C. LEE WINKELMAN
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 102772131
Filing Code Description: Other Document
Filing Description: 20250703_Change of CounselWinkelman
Status as of 7/3/2025 4:40 PM CST

Associated Case Party: Earl Pearson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Melton | 24013155 | jmelton@jfmeltonlaw.com | 7/3/2025 4:30:50 PM | SENT |
| Michael Balcezak | | Michael@jfmeltonlaw.com | 7/3/2025 4:30:50 PM | SENT |

Associated Case Party: Texas Alcoholic Beverage Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Laura Hendrix | | laura.hendrix@oag.texas.gov | 7/3/2025 4:30:50 PM | SENT |
| Lee Winkelman | | lee.winkelman@oag.texas.gov | 7/3/2025 4:30:50 PM | SENT |